

FILED

NOV 2 4 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  KELLI L. TAYLOR
   Assistant U.S. Attorneys
3  United States Courthouse
   501 I Street, Suite 10-100
4  Sacramento, California 95814
   Telephone: (916) 554-2700
5

6  Attorneys for Plaintiff

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  1:10-mc-0050-SKO
                                    )
12          Plaintiff,              )  STIPULATION AND ORDER EXTENDING
                                    )  THE UNITED STATES' TIME TO FILE A
13          v.                      )  COMPLAINT FOR FORFEITURE AND/OR
                                    )  TO OBTAIN AN INDICTMENT ALLEGING
14 APPROXIMATELY $4,600.00 IN U.S.  )  FORFEITURE
   CURRENCY, and                    )
15                                  )
   APPROXIMATELY $3,800.00 IN U.S.  )
16 CURRENCY,                        )
                                    )
17          Defendants.             )
                                    )
18 _____

19        It is hereby stipulated by and between the United States of America and Potential Claimants

20 Amira Fattah and Fadel A. Fattah (hereafter "Potential Claimants"), by and through their respective

21 attorney, as follows:

22        1.      On or about August 25, 2010, Potential Claimant Amira Fattah filed a claim, in the

23 administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the

24 approximately $4,600.00 in U.S. Currency, which was seized on or about April 30, 2010.

25        2.      On or about August 25, 2010, Potential Claimant Fadel A. Fattah filed a claim, in the

26 administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the

27 approximately $3,800.00 in U.S. Currency, which was seized on or about April 30, 2010.

28 ///

STIPULATION AND ORDER EXTENDING THE
UNITED STATES' TIME TO FILE COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AND
INDICTMENT ALLEGING FORFEITURE

1    6.    Accordingly, the parties agree that the deadline by which the United States shall be

2  required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging

3  that the currency is subject to forfeiture shall be further extended to February 22, 2011.

4  Dated: November 18, 2010                BENJAMIN B. WAGNER
                                           United States Attorney
5

6                                          /s/ Kelli L. Taylor
                                           KELLI L. TAYLOR
7                                          Assistant United States Attorney

8

9  Dated: November 15, 2010                /s/ Jeffrey T. Hammerschmidt
                                           JEFFREY T. HAMMERSCHMIDT
10                                         Attorney for Potential Claimants
                                           Amira Fattah and Fadel A. Fattah
11                                         (Original signature retained by attorney)

12

13    **IT IS SO ORDERED.**

    Dated: 11/24/10
14                                         UNITED STATES ~~DISTRICT~~ JUDGE
                                                    MAGISTRATE
15

16

17

18

19

20

21

22

23

24

25

26

27

28    .

3.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the above-captioned currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the Potential Claimants have filed a claim to the currency as required by law in the administrative forfeiture proceeding.

4.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture within 90 days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.

5.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to February 22, 2011 (90 days), the time in which the United States is required to file a civil complaint for forfeiture against the currency and/or to obtain an indictment alleging that the currency is subject to forfeiture.  The parties request an extension in order to determine whether the forfeiture can be resolved with the pending criminal matter.

///
///
///
///
///
///
///
///
///
///
///
///
///
///

STIPULATION AND ORDER EXTENDING THE
UNITED STATES' TIME TO FILE COMPLAINT FOR
FORFEITURE AND/OR TO OBTAIN AND
INDICTMENT ALLEGING FORFEITURE                    2