1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,            CASE NO. 1:10-mc-00050-SKO

12 |                 Plaintiff,           **ORDER ADMINISTRATIVELY CLOSING CASE**

13 |         v.

14 | APPROXIMATELY $4,600.00 IN U.S. CURRENCY, et al.,

15

16 |                 Defendant.

17 | _____/

18        This case was filed on November 19, 2010.  On that date, Plaintiff, along with claimants

19 Amira and Fadel Fattah, filed a stipulation extending Plaintiff's time in which to file a complaint for

20 forfeiture against the currency or obtain an indictment alleging that the currency is subject to

21 forfeiture.  (Doc. 1.)  No complaint was ever filed, and no further action has been taken in this

22 matter.

23        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court administratively close

24 this case.

25 IT IS SO ORDERED.

26 **Dated:    September 12, 2012**              _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28