1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9
10

EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,                    CASE NO. 1:10-mc-00050-SKO

12 |                          Plaintiff,          **ORDER ADMINISTRATIVELY**
                                                 **CLOSING CASE**
13 |     v.

14 | APPROXIMATELY $4,600.00 IN U.S.
    | CURRENCY, et al.,
15
                             Defendant.
16
17 | _____/

18          This case was filed on November 19, 2010.  On that date, Plaintiff, along with claimants

19 | Amira and Fadel Fattah, filed a stipulation extending Plaintiff's time in which to file a complaint for

20 | forfeiture against the currency or obtain an indictment alleging that the currency is subject to

21 | forfeiture.  (Doc. 1.)  No complaint was ever filed, and no further action has been taken in this

22 | matter.

23          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court administratively close

24 | this case.

25 | IT IS SO ORDERED.

26 | **Dated:    September 12, 2012**            _____/s/ Sheila K. Oberto_____
                                                 UNITED STATES MAGISTRATE JUDGE
27
28